**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TAMMY L. BURNLEY**                                                                                          **PLAINTIFF**

**v.**                                                **1:06CV00022 WRW**

**SOCIAL SECURITY ADMINISTRATION**                                                          **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order filed this date, its is Considered, Ordered and Adjudged that the claims of Plaintiff should be, and they are hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 28th day of September, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE